Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff
Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br>*Plaintiff* <br><br> V. <br><br> BETTERLOVER, *et al.*, <br><br> *Defendants* | **CIVIL ACTION No.** <br> **18-cv-11644 (PKC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Charles' House, dingxu's store, New Lucky and qamawcuqing in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: January 24, 2019								Respectfully submitted,

											**EPSTEIN DRANGEL LLP**

										BY: _____
											Brieanne Scully (BS 3711)
											bscully@ipcounselors.com
											EPSTEIN DRANGEL LLP
											60 East 42nd Street, Suite 2520
											New York, NY 10165
											Telephone:	(212) 292-5390
											Facsimile:	(212) 292-5391
											*Attorneys for Plaintiff*
											*Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on /-25 ____, 2019.

_____
Judge P. Kevin Castel
United States District Judge

2