Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> V. <br><br> BETTERLOVER, *et al.*, <br><br> *Defendants* | **CIVIL ACTION No.** <br> **18-cv-11644 (PKC)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Zfqlp16 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 25, 2019                                         Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

BY: _____
      Ashly E. Sands (AS 7715)
      asands@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 2520
      New York, NY 10165
      Telephone:   (212) 292-5390
      Facsimile:   (212) 292-5391
      *Attorney for Plaintiff*
      *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


_____
Judge P. Kevin Castel
United States District Judge

2