UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTEL, INC.,

                Plaintiff,                18-cv-11644 (PKC)

    -against-

                                     ORDER

BUYBEAUTYPRODUCTS, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        BUYBEAUTYPRODUCTS is directed to submit all electronic filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov and not to Chambers.  BYBEAUTYPRODUCTS is encouraged to consent to receive all court documents electronically.  A consent to electronic service form is available on the Court's website.  For more information, including instructions on this new email service visit the Court's website at nysd.uscourts.gov.

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
       April 29, 2020

        Emailed to BUYBEAUTYPRODUCTS 4/29/2020 at
        mattelincinjunctionlitigation@gmail.com