

Epstein Drangel LLP

60 East 42nd Street, Suite 2520, New York, NY 10165

T: 212.292.5390  •  E: mail@ipcounselors.com

www.ipcounselors.com

May 27, 2020

**Application granted.**
**SO ORDERED.**
**Dated: 5/27/2020**

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

_____
P. Kevin Castel
United States District Judge

**Re:** *Mattel, Inc. v. Betterlover, et al.*
**Civil Case No. 18-cv-11644 (PKC)**
**Letter Motion Requesting a Stay of Defendant buybeautyproducts' Motion to Dismiss**

Dear Judge Castel,

We represent Plaintiff Mattel, Inc. ("Plaintiff") in the above-referenced action.[1] On March 3, 2020, Plaintiff filed its Motion to Strike Defendant buybeautyproducts' *pro se* Answer, motions and applications filed by Mr. McLean, which is currently pending before this Court. (Dkts. 109-111.) On May 26, 2020, Mr. McLean filed a Motion to Dismiss. (Dkts. 132-137.) Pursuant to Local Rule 6.1, Plaintiff must file a response by June 9, 2020. [In light of the pending Motion to Strike and issue of Defendant buybeautyproducts' ability to proceed *pro se*, Plaintiff respectfully requests a stay of the Motion to Dismiss pending the disposition of Plaintiff's Motion to Strike. ]

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Brieanne Scully
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.

Hon. P. Kevin Castel
May 27, 2020
Page 2

        Facsimile: (212) 292-5391
        *Attorneys for Plaintiff*
        *Mattel, Inc.*