UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mattel, Inc.,

    Plaintiff(s),　　　　　　　　　　18-cv-11644 (PKC)

-against-

    　　　　　　　　　　　　　　　　ORDER

Betterlover, et al.,

    Defendant(s).

---
---

Mattel, Inc.,

    Plaintiff(s),　　　　　　　　　　18-cv-11647 (PKC)

-against-

2013CheapBuy et al.,

    Defendant(s).

---
---

Mattel, Inc.,

    Plaintiff(s),　　　　　　　　　　18-cv-11648 (PKC)

-against-

2012SHININGROOM2012, et al.,

    Defendant(s).

---

CASTEL, U.S.D.J.

    Final pretrial conference is adjourned from April 12, 2022 to June 14, 2022 at 4:00 p.m.

    SO ORDERED.

                                          P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       April 7, 2022